# UNITED STATES DISTRICT COURT
for the
Southern District of New York

ROBERT BRITT

*Plaintiff*

v.

RETRIEVAL MASTERS CREDITORS BUREAU, INC
d/b/a AMERICAN MEDICAL COLLECTION AGNECY

*Defendant*

Civil Action No. **12 CIV 4826**

**JUDGE SEIBEL**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Retrieval Masters Creditors Bureau, Inc. d/b/a
American Medical Collection Agency
4 Westchester Plaza, Suite 110
Elmsford, NY 10523

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Bruce K. Warren, Esq.
Warren Law Group, P.C.
58 Euclid Street
Woodbury, NJ 08096
bruce@warren-lawfirm.com
856-848-4572

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

RUBY J. KRAJICK

*CLERK OF COURT*

Date: JUN 1 9 2012

*Signature of Clerk or Deputy Clerk*

STATE OF NEW YORK — UNITED STATES DISTRICT COURT SOUTHERN DISTRICT

DOCUMENTS SERVED WITH INDEX#: 12CIV4826   AND FILED ON   6/19/2012

ROBERT BRITT   Plaintiff(s)/Petitioner(s)

Vs.

RETRIEVAL MASTERS CREDITORS BUREAU, INC D/B/A AMERICAN MEDICAL COLLECTION AGENCY   Defendant(s)/Respondent(s)

STATE OF: NEW YORK  )
COUNTY OF WESTCHESTER  ) ss

The undersigned deponent, being duly sworn deposes and says: Deponent is not a party herein, is over 18 years of age and resides in the State of New York. On 7/9/2012 at 12:40PM, deponent did serve the within process as follows:

Process Served: SUMMONS AND COMPLAINT

Party Served: RETRIEVAL MASTERS CREDITORS BUREAU, INC. D/B/A (herein called recipient) therein named.

At Location: AMERICAN MEDICAL COLLECTION AGENCY
4 WESTCHESTER PLAZA, SUITE 110
ELMSFORD NY 10523

By delivering to and leaving with LOUIS DIGIOIA and that deponent knew the person so served to be the SENIOR COMPLIANCE MANAGER of the corporation and authorized to accept service..

A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:

| Sex | M | Color of Skin | WH | Color of Hair | BLACK |
| Age | 30/40 | Height | 5'8" | | |
| Weight | 160 | Other Features | BEARD, GLASSES | | |

Sworn to before me on 7/10/2012

_Gail Williams (signature)_

_John Axelrod (signature)_

Server's License#: N/A

GAIL WILLIAMS
Notary Public, State of New York
No. 4665052
Qualified in Westchester County
Commission Expires September 30, 2014